FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 0 7 2015

DAVID J MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:15CR |
| | § | Judge |
| ARMANDO TLASECA (1) | § | |
| a.k.a. "Francisco Lopez" "Armando Lopez" | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846
(Conspiracy to Possess with the Intent to Distribute and Distribution of Methamphetamine)

That from sometime in 2014, and continuously thereafter up to and including the date of this Indictment, in the Eastern District of Texas and elsewhere, Armando Tlaseca, a.k.a. "Francisco Lopez" "Armando Lopez," defendant, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and/or 50 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 21 U.S.C. § 853

As a result of committing the offenses charged in this Indictment, the defendant or defendants herein may have used or intended to use, property to commit or facilitate the offenses and/or property derived from proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 846.

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
HEATHER HARRIS RATTAN
Assistant United States Attorney

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:15CR |
| ARMANDO TLASECA (1) | § | Judge |
| a.k.a. "Francisco Lopez" "Armando Lopez" | § § | |

## NOTICE OF PENALTY

### Count One

Violation:        21 U.S.C. § 846

Penalty:        If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of actual methamphetamine– not less than 10 years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least 5 years;

Special Assessment: $ 100.00

Indictment
Page 1