| | |
|---|---|
| DATE  10/8/2015 | CASE NUMBER 4:15CR001  **ALM/CAN** |
| LOCATION  Sherman | USA   Heather Rattan, AUSA   Assigned |
| JUDGE   Christine A. Nowak | V    William Tatum, AUSA   Appeared |
| DEPUTY CLERK   Keary Conrad | |
| COURT REPORTER Digital Recording | VIVIAN OCHOA |
| USPO: | Defendant |
| Interpreter:  Melinda Gonzalez-Hibner | |
| BEGIN: 10:13 - 10:15am/ break | Attorney |
| 10:27 am / 10:34am | |

✓ INITIAL APPEARANCE ☐ ARRAIGNMENT      ✓ INTERPRETER REQUIRED

✓ Hearing Held    ✓ Hearing Called   ✓ Defendant Sworn    ☐ Interpreter Required

✓ Dft appears: ☐ with  ✓ without counsel   ☐ pro se    ☐ Counsel appears on behalf of defendant
  Appears on: ☐ Complaint  ✓ Second Superseding Indictment

✓ Date of arrest: 10/7/2015          (Other district court & case #) _____

✓ Dft  ✓ advised of charges   ✓ advised of maximum penalties   ☐ advised of right to remain silent;
       ✓ advised of right to counsel   ✓ received copy of indictment

☐ Dft first appearance with counsel ☐ CJA appointed ☐ Retained ☐ Federal Public Defender appointed
  Attorney: _____

☐ Dft    advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel.
☐ If dft cannot retain counsel, the court is to be advised within _____ days so counsel may be appointed.
✓ Dft    Requests appointed counsel, is sworn & examined re: financial status.
✓ Financial affidavit executed by dft. The court finds the defendant ☐ able ✓ unable to employ counsel.
✓ Bill Stovall, CJA        appointed    ☐ U.S. Pub Defender _____ appointed
✓ Govt motion for detention  ☐ Govt oral motion for continuance   ☐ Oral Order granting  ☐ Oral Order denying
☐ Defendant oral motion to continue detention hearing    ☐ Oral Order granting  ☐ Oral Order denying
✓ Detention Hrg set  10/9/2015 at 10:00am         ☐ Temp Detention Order Pending Hearing
✓ Arraignment set  10/9/2015 at 10:00am
☐ Order setting conditions of release     ☐ PR Bond executed
☐ Dft signed Waiver of Detention Hearing.
☐ Dfts _____ remanded to custody of U.S. Marshal.
☐ Dft motion _____
☐ Gvt motion _____
☐ Defendant failed to appear  ☐ oral order for arrest warrant;   ☐ bond forfeited
✓ Defendant remanded to custody USM

## ARRAIGNMENT

☐ Arraignment held.   ☐ Arraignment called.   ☐ Arraignment reset: _____

☐ Dft  ☐ with counsel  ☐ without counsel  ☐ pro se  ☐ Counsel appears on behalf of defendant

CRIM 92-116       ☐ See reverse/attached for additional proceedings       _____ Adjourn

☐ Dft ☐ sworn
  ☐ received copy of charges  ☐ discussed charges with counsel  ☐ charges read
  ☐ waived reading of charges

Dft enters a plea of: ☐ not guilty  ☐ guilty  ☐ nolo
to counts: ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12
☐ all counts; other counts _____

☐ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference / jury selection and trial setting on :
**December 11, 2015 in Sherman, Texas before Judge Amos Mazzant**

☐ Government motion _____.

☐ Defendant motion _____.

☐ Defendant remanded to custody USM       ☐ Defendant RELEASED on conditions of release after out-processing by USMO