| | | | |
|---|---|---|---|
| DATE 10/8/2015 | | CASE NUMBER 4:15CR001 **ALM/CAN** | |
| LOCATION Sherman | | USA Heather Rattan, AUSA | Assigned |
| JUDGE Christine A. Nowak | | V William Tatum, AUSA | Appeared |
| DEPUTY CLERK Keary Conrad | | | |
| COURT REPORTER Digital Recording | | DANY MANFREDO ACOSTA GOMEZ | |
| USPO: | | Defendant | |
| Interpreter: Melinda Gonzalez-Hibne | | | |
| 11:33am / 11:36am (rights/competent) | | Attorney | |
| 11:51am / 11:54am | | | |

| | | | |
|---|---|---|---|
| ✓ | INITIAL APPEARANCE | ✓ | INTERPRETER REQUIRED |
| ☐ | ARRAIGNMENT | | |

- ✓ Hearing Held ✓ Hearing Called ✓ Defendant Sworn ☐ Interpreter Required
- ✓ Dft appears: ☐ with ✓ without counsel ☐ pro se ☐ Counsel appears on behalf of defendant
  Appears on: ☐ Complaint ✓ Second Superseding Indictment

- ✓ Date of arrest: 10/7/2015 (Other district court & case #) _____
- ✓ Dft ✓ advised of charges ✓ advised of maximum penalties ☐ advised of right to remain silent;
  ✓ advised of right to counsel ✓ received copy of indictment

- ☐ Dft first appearance with counsel ☐ CJA appointed ☐ Retained ☐ Federal Public Defender appointed
  Attorney: _____
- ☐ Dft advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel.
- ☐ If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.
- ✓ Dft Requests appointed counsel, is sworn & examined re: financial status.
- ✓ Financial affidavit executed by dft. The court finds the defendant ☐ able ✓ unable to employ counsel.
- ✓ Tim Menchu, CJA appointed ☐ U.S. Pub Defender _____ appointed
- ✓ Govt motion for detention ☐ Govt oral motion for continuance ☐ Oral Order granting ☐ Oral Order denying
- ☐ Defendant oral motion to continue detention hearing ☐ Oral Order granting ☐ Oral Order denying
- ✓ Detention Hrg set 10/9/2015 at 10:00am ☐ Temp Detention Order Pending Hearing
- ✓ Arraignment set 10/9/2015 at 10:00am
- ☐ Order setting conditions of release ☐ PR Bond executed
- ☐ Dft signed Waiver of Detention Hearing.
- ☐ Dfts _____ remanded to custody of U.S. Marshal.
- ☐ Dft motion _____
- ☐ Gvt motion _____
- ☐ Defendant failed to appear ☐ oral order for arrest warrant; ☐ bond forfeited
- ✓ Defendant remanded to custody USM

## ARRAIGNMENT

- ☐ Arraignment held. ☐ Arraignment called. ☐ Arraignment reset: _____
- ☐ Dft ☐ with counsel ☐ without counsel ☐ pro se ☐ Counsel appears on behalf of defendant

CRIM 92-116 ☐ See reverse/attached for additional proceedings _____ Adjourn

☐ Dft ☐ sworn
   ☐ received copy of charges   ☐ discussed charges with counsel   ☐ charges read
   ☐ waived reading of charges

Dft enters a plea of: ☐ not guilty   ☐ guilty   ☐ nolo
to counts: ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12
☐ all counts;   other counts _____

☐   Pretrial Discovery and Inspection Order entered.  Case set for final pretrial conference / jury selection and trial setting on :
**December 11, 2015 in Sherman, Texas before Judge Amos Mazzant**

☐   Government motion _____.

☐   Defendant motion _____.

☐   Defendant remanded to custody USM          ☐   Defendant RELEASED on conditions of release after out-processing by USMO