

IN THE UNITED STATES OF AMERICA  DEC 0 9 2015
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:15CR1 |
| | § | Judge Mazzant |
| ARMANDO TLASECA (1) | § | |
| a.k.a. "Francisco Lopez" "Armando Lopez" | § | |
| SERGIO TORRES-MIRANDA (2) | § | |
| MARCO RODRIGUEZ (3) | § | |
| a.k.a. "Carpa" | § | |
| ANDRES DAMIN-RODRIGUEZ (4) | § | |
| a.k.a. "Andres Damin-Real" | § | |
| ELOY ROSAS VALENCIA (5) | § | |
| a.k.a. "Don Panchito" "Pancho" "Francisco Valencia" | § § | |
| FIDEL DAMIAN- BUSTOS (6) | § | |
| a.k.a. "Fidel Damian-Rodriguez" | § | |
| JUAN JOSE GUTIERREZ (7) | § | |
| a.k.a. "DR" | § | |
| JORGE LOPEZ GOMEZ (8) | § | |
| a.k.a. "Yogi" | § | |
| MARIA RETANA (9) | § | |
| JULIO CAESAR PACHECO-GUZMAN (10) | § | |
| LUIS ALBERTO XIMELLO BENITO (11) | § | |
| MONICA SALAZAR HERNANDEZ (12) | § | |
| VIVIAN OCHOA (13) | § | |
| LAURA ZULEMA TORRES (14) | § | |
| LUZ ZULEMA TORRES (15) | § | |
| ANA TORRES (16) | § | |
| GUILLERMO TORRES (17) | § | |
| a.k.a. "Kevin" | § | |
| MELVIN SANCHEZ (18) | § | |
| DANY MANFREDOACOSTA GOMEZ (19) | § | |
| RAMIRO PARTIDA GUITERREZ (20) | § | |
| FELIPA TORRES-LOPEZ (21) | § | |
| SANJEEV DALLAKOTI (22) | § | |
| a.k.a. "Suny" | § | |
| JUSTA CENTENO-HERRERA (23) | § | |
| LUVY ESMERALDA GUEVERA (24) | § | |
| MARGARET DAVIDSON (25) | § | |
| JOSE ANGEL OLVERA (26) | § | |

Fourth Superseding Indictment
Page 1

| | |
|---|---|
| JUAN HUERECA-HERNANDEZ (27) | § |
| JONATHAN RIVAS-ESTRADA (28) | § |
| MIGUEL ANGEL RIVAS-ESTRADA (29) | § |
| ANDRES GONZALEZ-BARRAGAN (30) | § |

## **FOURTH SUPERSEDING INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846
(Conspiracy to Possess with the Intent to Distribute and Distribution of Methamphetamine)

That from sometime in 2011, and continuously thereafter up to and including the date of this Fourth Superseding Indictment, in the Eastern District of Texas and elsewhere, **Armando Tlaseca**, a.k.a. "Francisco Lopez," "Armando Lopez," **Sergio Torres-Miranda, Marco Rodriguez** a.k.a. "Carpa," **Miguel Rivas-Estrada**, and **Andres Gonzalez-Barragan**, defendants, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and/or 50 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. 846

## Count Two

Violation: 18 U.S.C. § 1956(h)
(Conspiracy to Commit
Money Laundering)

Beginning in or about 2011, the exact date unknown to the Grand Jury, and continuing thereafter up to and including the date of the filing of this Fourth Superseding Indictment, in the Eastern District of Texas and elsewhere, **Armando Tlaseca**, a.k.a. "Francisco Lopez" "Armando Lopez," **Marco Rodriguez**, a.k.a. "Carpa," **Andres Damin-Rodriguez**, a.k.a. "Andres Damian-Real," **Eloy Rosas Valencia**, a.k.a. "Don Ponchito," "Pancho," "Francisco Valencia," **Fidel Damin-Bustos**, a.k.a. "Fidel Damian-Rodriguez," **Juan Jose Gutierrez**, a.k.a. "DR," **Jorge Lopez Gomez**, a.k.a. "Yogi," **Maria Retana, Julio Caesar Pacheco-Guzman, Luis Alberto Ximello Benito, Monica Salazar Hernandez, Vivian Ochoa, Laura Zulema Torres, Luz Zulema Torres, Ana Torres, Guillermo Torres**, a.k.a. "Kevin," **Melvin Sanchez, Dany Manfredo Acosta Gomez, Ramiro Partida Guiterrez, Felipa Torres-Lopez, Sanjeev Dallakoti**, a.k.a. "Suny" **Justa Centeno-Herrera, Luvy Esmeraldo Guevera, Margaret Davidson, Jose Angel Olvera, Juan Huereca-Hernandez, Jonathan Rivas-Estrada, Miguel Rivas-Estrada,** and **Andres Gonzalez-Barragan** the defendants herein, did knowingly, willfully and unlawfully conspire and agree together with other persons known and unknown to the Grand Jury, to:

(a) conduct and attempt to conduct financial transactions affecting interstate and foreign commerce and to transport, transmit, or transfer, or attempt to transport, transmit, or transfer a monetary instrument or funds from a place in the United States to or through a place outside the United States or to a place in the United States from or through a place outside the United States, which involved the proceeds of a specified unlawful activity, to wit: distribution or conspiracy to distribute or possess with the intent to distribute 500 grams or more of a mixture or substance containing methamphetamine or 5 grams or more of methamphetamine (actual) with the intent to promote the carrying on of the specified unlawful activity and knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds and that while conducting and attempting to conduct such financial transactions, the defendant knew that the property involved in the financial transactions, that is, United States currency, represented the proceeds of some form of unlawful activity, in violation of 18 U.S.C. §§1956(a)(1)(A)(i), (a)(1)(B)(i) and (a)(2)(A), (a)(2)(B)(i); and,

(b) engage, or attempt to engage, in a monetary transaction in an amount greater than $10,000 by, though, or to a financial institution with proceeds of a specified unlawful activity, that is, conspiracy to distribute or possess with the intent to distribute 500 grams or more of a mixture or substance containing methamphetamine or 5 grams or more of methamphetamine (actual) in violation of 18 U.S.C. § 1957.

All in violation of Title 18 U.S.C. § 1956(h)

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

## Criminal Forfeiture Pursuant to 21 U.S.C. § 853

As a result of committing the offenses charged in this Fourth Superseding Indictment, the defendant or defendants herein may have used or intended to use, property to commit or facilitate the offenses and/or property derived from proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 846. Including the following:

Approximately $44,025.00 in proceeds traceable thereto Armando Tlaseca, a.k.a. "Francisco Lopez" "Armando Lopez,", in that such sum in aggregate is property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the offenses alleged in this Fourth Superseding Indictment

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
HEATHER HARRIS RATTAN
Assistant United States Attorney

12-9-15
Date

Indictment
Page 2

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:15CR1 |
| | § | Judge Mazzant |
| ARMANDO TLASECA (1) | § | |
| a.k.a. "Francisco Lopez" "Armando Lopez" | § | |
| SERGIO TORRES-MIRANDA (2) | § | |
| MARCO RODRIGUEZ (3) | § | |
| a.k.a. "Carpa" | § | |
| ANDRES DAMIN-RODRIGUEZ (4) | § | |
| a.k.a. Andres Damin-Real | § | |
| FIDEL DAMIAN- BUSTOS (5) | § | |
| a.k.a. "Fidel Damian-Rodriguez" | § | |
| ELOY ROSAS VALENCIA (6) | § | |
| a.k.a. "Don Panchito" "Pancho" "Francisco Valencia" | § § | |
| JUAN JOSE GUTIERREZ (7) | § | |
| JORGE LOPEZ GOMEZ (8) | § | |
| a.k.a. "Yogi" | § | |
| JULIO CAESAR PACHECO-GUZMAN (9) | § | |
| FELIPA TORRES-LOPEZ (10) | § | |
| SANJEEV DALLAKOTI (11) | § | |
| a.k.a. "Suny" | § | |
| JUSTA CENTENO-HERRERA (12) | § | |
| LUVY ESMERALDA GUEVERA (13) | § | |
| MARGARET DAVIDSON (14) | § | |
| LUZ ZULEMA TORRES (15) | § | |
| ANA TORRES (16) | § | |
| GUILLERMO TORRES (17) | § | |
| a.k.a. "Kevin" | § | |
| MELVIN SANCHEZ (18) | § | |
| DANY MANFREDOACOSTA GOMEZ (19) | § | |
| RAMIRO PARTIDA GUITERREZ (20) | § | |
| FELIPA TORRES-LOPEZ (21) | § | |
| SANJEEV DALLAKOTI (22) | § | |
| a.k.a. "Suny" | § | |
| JUSTA CENTENO-HERRERA (23) | § | |
| LUVY ESMERALDA GUEVERA (24) | § | |
| MARGARET DAVIDSON (25) | § | |
| JOSE ANGEL OLVERA (26) | § | |
| JUAN HUERECA-HERNANDEZ (27) | § | |

Notice of Penalty
Page 1

JONATHAN RIVAS-ESTRADA (28) §
MIGUEL ANGEL RIVAS-ESTRADA (29) §
ANDRES GONZALEZ-BARRAGAN (30) §

## NOTICE OF PENALTY

### Count One

Violation: 21 U.S.C. § 846

Penalty: If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of actual methamphetamine– not less than 10 years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least 5 years;

Special Assessment: $ 100.00

### Count Two

Violation: 21 U.S.C. § 1956(h)

Penalty: Imprisonment for not more than twenty (20) years, a fine not to exceed $500,000.00 or twice the value of the property involved in the transaction, whichever is greater, or both. A term of supervised release of at least three (3)years.

Special Assessment: $ 100.00